IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JAQUAN D. WILLIAMS,<br>Gwinnett County ID # 99524437,<br><br>    Plaintiff,<br><br>v.<br><br>SHERIFF R.L. BUTCH CONWAY,<br>COL. DON PINKARD, and MAJ. D.<br>HUGHES,<br><br>    Defendants. | : : : : : : : : : : : : : | CIVIL ACTION NO.<br>1:15-CV-03204-LMM-JSA<br><br><br>PRISONER CIVIL RIGHTS<br>42 U.S.C. § 1983 |

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation ("R&R") [7], which recommends that Plaintiff's claim pursuant to 42 U.S.C. § 1983, regarding the handling of his inmate grievances, be dismissed as frivolous. The Magistrate Judge further recommends that Plaintiff's remaining § 1983 claims be allowed to proceed.

No objections have been filed in response to the R&R. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Magistrate's Recommendation for clear error and finds none. Accordingly, the Court **ADOPTS** the R&R as the opinion of the Court. It is **ORDERED** that Plaintiff's § 1983 claim regarding the handling of his inmate grievances is **DISMISSED AS FRIVOLOUS**. It is further **ORDERED** that Plaintiff's § 1983 claims regarding the Gwinnett County

Detention Center's policies and/or practices (1) restricting his access to world news media, (2) returning items received in the mail without prior notice to Plaintiff or the sender, and (3) allowing postcard-only incoming mail are **ALLOWED TO PROCEED**.

**IT IS SO ORDERED** this 11th day of April, 2016.

Leigh Martin May
**United States District Judge**